

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA  
    Plaintiff

CASE NUMBER: CR: 13-6341-Snow

VS.

Felimon Guillen  
    Defendant

REPORT COMMENCING CRIMINAL ACTION

03600-104  
USMS NUMBER

TO: CLERK'S OFFICE     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH  
U.S. DISTRICT COURT     (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 6-28-13    A.M. ___ P.M. 3:00  
(2) LANGUAGE SPOKEN: ENGLISH / SPANISH  
(3) OFFENSE CHARGED: Title 21 USC 841 Consp to Pwid Meth.  
(4) DATE OF BIRTH: 11-05-1974

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)  
{ } INDICTMENT    [X] COMPLAINT TO BE FILED/ALREADY FILED  
{ } BENCH WARRANT FOR FAILURE TO APPEAR  
{ } PROBATION VIOLATION WARRANT  
{ } PAROLE VIOLATION WARRANT  
ORIGINAL DISTRICT: S/F

(6) REMARKS: _____

(7) DATE: 6-28-13 . (8) ARRESTING OFFICER: SA CRYSTAL CONNORS  
(9) AGENCY: DEA     (10) PHONE: 305-370-2514

(11) COMMENTS: _____