UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-6341-SNOW

FILED by _____ D.C.

JUL - 1 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

UNITED STATES OF AMERICA
　　　　　　Plaintiff,

vs.

FELIMON GUILLEN, JR.,
　　　　　　Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**

**Language**: English

AUSA: Donald Chase

The above-named defendant having been arrested on 6/28/2013 and having appeared before the court for initial appearance on 7/1/2013 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1._____
appeared as permanent/temporary counsel of record.
Address:_____
Zip Code:_____ Telephone:_____
2. _____AFPD appt – Robert Berube_____
appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: _____
3. **The defendant shall attempt to retain counsel and shall appear before the court at** _____ on_____ _____ before Judge _____.
4. **Arraignment/Preliminary/Removal/Identity** hearing is set for _7/15/13 @ 1:00 pm_ before **Duty Magistrate Judge FTL**
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____. **A Detention/Bond hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for _____.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: _____
　　　　__✓__ $250,000 CSB w/Nebbia; reserving the right to a PTD hearing at a later date.
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
____a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.
____b. Report to Pretrial Services as follows:___ as directed; _____ time(s) a week in person and _____ time(s) a week by telephone.
____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
____d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance
____e. Participate in mental health assessment and/or treatment
____f. Participate and undergo a sex offense specific evaluation and treatment
____g. Maintain or actively seek full time gainful employment

____h. Maintain or begin an educational program
____i. Avoid all contact with victims of or witnesses to the crimes charged.
____j. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber any property they own, real or personal, until the bond is discharged, or otherwise modified by Court
____l.  Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals
____m. No access to the internet
____n. Home Confinement Program:   ____Electronic Monitoring ____paid by defendant ____paid by PTS
                                    ____Curfew from _____ to _____
                                    ____ Home Detention: You are restricted to your residence at all times except for: ____medical needs or treatment, ____court appearances, ____attorney visits or court ordered obligations or _____
____o. Halfway House Placement _____
____p. May travel to and from: _____ and must notify PTS of travel plans before leaving and upon return.
____q. Comply with the following additional conditions of bond: _____
_____

Bond was set:   At Arrest _____
                On Warrant _____
                After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is_____
_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions.  These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___1st___ day of ___July___, 20_13_.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Pretrial Services/Probation