# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 7/1/2013        Time: 11:00am

Defendant: Felimon Guillen, Jr. (J) ✓    J#: 03600-104    Case #: 13-6341-Snow

AUSA: Donald Chase ✓    Attorney: Robert Berube

Violation: 21:841(a)(1)

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ⚪ Yes  ⦿ No    Recommended Bond: PTD

Bond Set at: $250,000 CSB w/Nebbia    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language:

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:

Deft advised of charges
Deft sworn for counsel

AFPD appt - Robert Berube

Both sides stipulate to a $250,000 CSB with Nebbia; reserving the right to a PTD hearing at a later date

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | 7/15/13 | 1:00pm | Snow | Ftl |
| Status Conference RE: | | | | |

D.A.R. 11:30:01    Time in Court: 10 min

recalled: 11:51:06

Page: 6