UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-6341-SNOW

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

FELIMON GUILLEN, JR., et al.,
        Defendant.
_____:

**DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL**

      The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

      The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any

contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

>Respectfully submitted,
>
>MICHAEL CARUSO
>FEDERAL PUBLIC DEFENDER
>
>By: s/ *Daryl E. Wilcox*
>    Daryl E. Wilcox
>    Assistant Federal Public Defender
>    Florida Bar No. 838845
>    One E. Broward Boulevard, Suite 1100
>    Fort Lauderdale, FL 33301-1842
>    (954) 356-7436
>    (954) 356-7556, Fax
>    Daryl_Wilcox@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: s/ *Daryl E. Wilcox*
>    Daryl E. Wilcox

J:\Guillen, Jr., Felimon  Reg 03600-104\Pleadings\Invocation.motion.Male.wpd

# SERVICE LIST
## UNITED STATES v. FELIMON GUILLEN, Jr., et al.
## CASE NO. 13-6341-SNOW
### United States District Court, Southern District of Florida

| | |
|---|---|
| Donald F. Chase, II, Esq. | Daryl E. Wilcox, Esq. |
| donald.chase@usdoj.gov | daryl_wilcox@fd.org |
| Assistant United States Attorney | Assistant Federal Public Defender |
| 500 E. Broward Boulevard, 7th Floor | One E. Broward Boulevard, Suite 1100 |
| Fort Lauderdale, FL 33394-3016 | Fort Lauderdale, FL 33301-1842 |
| 954-356-7255 | 954-356-7436 |
| 954-356-7336, fax | 954-356-7556, fax |
| Attorney for the Government | Attorney for Felimon Guillen, Jr. |
| Notices of Electronic Filing | Notices of Electronic Filing |

Mauricio Lopez Aldazabal, Esq.
mlafedesq@msn.com
2655 Le Jeune road, Suite 700
Coral Gables, FL 33134
305-569-9566
305-461-5102
Attorney for Giovanni Bellota
Notices of Electronic Filing