

FILED by _____ D.C.

ELECTRONIC

**Jul 11, 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. __13-60173-CR-COHN/SELTZER__

21 U.S.C § 841(a)(1)
21 U.S.C § 853

**UNITED STATES OF AMERICA**

**vs.**

**FELIMON GUILLEN, JR.,**
   a/k/a "Mexican Ben,"

   **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 27, 2013 and June 28, 2013, in Broward County and Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**FELIMON GUILLEN, JR.,**
   a/k/a "Mexican Ben,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

### FORFEITURE

1.   The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **FELIMON GUILLEN, JR.,** has an interest.

2.   Upon conviction of the violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count 1 of this Indictment, the defendant, **FELIMON GUILLEN, JR.,** shall forfeit

to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result, of such violation, and any property used or intended to be used by the defendant, in any manner or part, to commit or to facilitate the commission of such violation, including, but not limited to:

(A)     Approximately $10,000.00 in United States currency seized from the defendant on June 28, 2013.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO. _____

vs.

                                            **CERTIFICATE OF TRIAL ATTORNEY***

FELIMON GUILLEN, JR.

                    Defendant.            **Superseding Case Information:**
_____/

**Court Division:** (Select One)          New Defendant(s)        Yes _____   No _____
                                          Number of New Defendants      _____
___ Miami    ___ Key West                 Total number of counts        _____
_X_ FTL      ___ WPB    ___ FTP

     I do hereby certify that:

     1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of
          probable witnesses and the legal complexities of the Indictment/Information attached hereto.

     2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this
          Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,
          Title 28 U.S.C. Section 3161.

     3.   Interpreter:     (Yes or No)      _No_
          List language and/or dialect      _N/A_____

     4.   This case will take    _3_   days for the parties to try.

     5.   Please check appropriate category and type of offense listed below:

          (Check only one)                        (Check only one)

          I     0 to 5 days        _X_            Petty     _____
          II    6 to 10 days       _____        Minor     _____
          III   11 to 20 days      _____        Misdem.   _____
          IV    21 to 60 days      _____        Felony    _X_
          V     61 days and over   _____

     6.   Has this case been previously filed in this District Court? (Yes or No)    _No_
     If yes:
     Judge: _____     Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?    (Yes or No)    _Yes_
     If yes:
     Magistrate Case No.                  _13-6341-HUNT_____
     Related Miscellaneous numbers:       _____
     Defendant(s) in federal custody as of _June 28, 2013_____
     Defendant(s) in state custody as of  _____
     Rule 20 from the   _____     District of _____

     Is this a potential death penalty case? (Yes or No)    _No_

     7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
          to October 14, 2003?   _____ Yes   _X_ No

     8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior
          to September 1, 2007?  _____ Yes   _X_ No

                                        _____
                                        DONALD F. CHASE, II
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court No. A5500077

*Penalty Sheet(s) attached                                          REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  FELIMON GUILLEN, JR.**
**Case No**: _____

Count #: 1

  Possession with Intent to Distribute fifty (50) grams or more of Methamphetamine.

  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**\* Max. Penalty:** Mandatory minimum 10 years' of imprisonment and statutory maximum term of life imprisonment; at least 5 years' supervised release; and up to $10,000,000 fine.

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**